WILLIAM GARLOCK, Appellant, *v.* SAMUEL W. MARKHAM, Respondent.

(Argued January 25, 1892; decided March 8, 1892.)

APPEAL from judgment of the General Term of the Supreme Court in the fifth judicial department, entered upon an order made March 25, 1890, which affirmed a judgment in favor of defendant entered upon a verdict and affirmed an order denying a motion for a new trial.

*J. S. Garlock* for appellant.

*John Desmond* for respondent.

Agree to affirm ; no opinion.
All concur.
Judgment affirmed.